**330**

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jesus Rodriguez–Medina concedes that the arguments raised are foreclosed by circuit precedent but seeks to preserve them for further review. The Government has moved for summary affirmance in lieu of filing an appellee's brief. The motion is GRANTED, and the judgment of the district court is AFFIRMED.

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Ernesto Romero concedes that the arguments raised are foreclosed by circuit precedent but seeks to preserve them for further review. The Government has moved for summary affirmance in lieu of filing an appellee's brief. The motion is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ernesto ROMERO, Defendant– Appellant.**

**No. 04–40106. Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Oct. 21, 2004.

James Lee Turner, Assistant U.S. Attorney, Julia Bowen Stern, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Miguel A. Nogueras, Samy K. Khalil, Houston, TX, for Defendant–Appellant.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Troy WATTS, also known as T– Dove, Defendant–Appellant.**

**No. 03–31176. Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Oct. 21, 2004.

John R. Morello, Assistant U.S. Attorney, STephen A. Higginson, Assistant U.S.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.